```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS A. APONTE SANTIAGO         :    CIVIL ACTION
                                :
         v.                     :
                                :
JO ANNE B. BARNHART,             :
COMMISSIONER OF SOCIAL SECURITY :    NO. 04-5247
```

## ORDER

AND NOW, this 15th day of August, 2005, upon careful and independent consideration of the administrative record in this matter, plaintiff's motion for summary judgment (docket entry # 7), defendant's motion for summary judgment (docket entry # 10), and the Honorable Jacob P. Hart's Report and Recommendation (docket entry # 12), to which neither party has objected, and the Court finding that substantial evidence supports defendant's decision, see 42 U.S.C. § 405(g), it is hereby ORDERED that:

       1.   Judge Hart's Report and Recommendation is APPROVED and ADOPTED;

       2.   Plaintiff's motion for summary judgment is DENIED;

       3.   Defendant's motion for summary judgment is GRANTED; and

       4.   The Clerk shall CLOSE this civil action statistically.

                                BY THE COURT:

                                  /s/ Stewart Dalzell, J.
                                  Stewart Dalzell, J.